**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO CONTINUE** |
| | ) | **JURY TRIAL** |
| vs. | ) | |
| | ) | |
| DATAVIAN SEAN JOSEPH, | ) | |
| | ) | Case No. 3:22-CR-00158 |
| Defendant. | ) | |
| | ) | |

    **COMES NOW**, the Defendant, Datavian Sean Joseph, through his attorney, Charles J. Sheeley, hereby moves the Court to continue the jury trial scheduled for June 11, 2024. Counsel for Mr. Joseph was appointed on March 26, 2024. The trial is anticipated to last four weeks. Additional time is needed to fully review the discovery, review the discovery with Mr. Joseph, discuss any pretrial motions, and review possible plea options with Mr. Joseph. These tasks must be completed to competently represent Mr. Joseph and additional time is needed for each task. At least one other co-defendant has filed a motion to continue the trial. See Docket No. 639. Mr. Joseph also requested a prior continuance through previous counsel. Docket No. 579. Mr. Joseph joins in this request and respectfully requests the trial be continued. The Assistant United States Attorney was contacted and has no objection to this request.

    Dated this 30th day of April, 2024.

                                /s/ *Charles Sheeley*
                              Charles J. Sheeley (#06383)
                              **SHEELEY LAW, P.C.**
                              3332 4th Avenue South, Suite 2B
                              Fargo, ND 58103
                              Phone: (701) 356-4207
                              sheeleylawnd@gmail.com

                              **ATTORNEY FOR DEFENDANT**